**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**
**Docket No. 5:12-CR-397-1F**

| | |
|---|---|
| **United States Of America** | ) |
| | )     **JUDGMENT** |
| **vs.** | ) |
| | ) |
| **Jhirmick Cabbagestalk** | ) |

On December 15, 2009, Jhirmick Cabbagestalk appeared before the Honorable I. Leo Glasser, Senior U.S. District Judge in the Eastern District of New York, and upon a plea of guilty to Credit Card Fraud, in violation of 18 U.S.C. §§ 1029(a)(2) and (c)(1)(A)(i), was sentenced to the custody of the Bureau of Prisons for a term of 30 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 3 years upon release from imprisonment. Cabbagestalk was released from custody and the term of supervised release commenced on February 7, 2011. On December 20, 2012, jurisdiction was transferred from the Eastern District of New York to the Eastern District of North Carolina.

From evidence presented at the revocation hearing on September 6, 2013, the court finds as a fact that Jhirmick Cabbagestalk, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.     The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6th day of September, 2013.

                 _James C. Fox_
                 James C. Fox
                 Senior U.S. District Judge